IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FARAH FOQAHAA,

    Petitioner,

v.                                    CASE NO. 4:08-cv-00440-MP-WCS

MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND SECURITY,
DAVID HARVEY,
MICHAEL B MUKASEY,
MICHAEL ROZOS,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, the Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed as moot since it appears Petitioner has been released from detention. The time for filing objections has passed, and none have been filed. It is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This case is dismissed as moot, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *3rd*  day of June, 2009

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge